7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Christopher Louis Persinger
*Debtor*

*Bankruptcy Case No.*
14–50193–can7

**United States Trustee**
   Plaintiff(s)

*Adversary Case No.*
14–05012–can

v.

**Christopher Louis Persinger**
   Defendant(s)

## JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the discharge of Christopher Louis Persinger hereby is DENIED; and it is further
ORDERED, ADJUDGED AND DECREED that each party shall bear its own costs.

                                          Ann Thompson
                                          Court Executive

                                          By: /s/ Jamie McAdams
                                                Deputy Clerk

Date of issuance: 11/13/14

Court to serve